

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Marlon Napaul Jameson,                    * From the 142nd District
                                            Court of Midland County,
                                            Trial Court No. CR41222.

Vs. No. 11-14-00248-CR                     * May 21, 2015

The State of Texas,                        * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.